NEW-YORK,  The People  *vs.* Richard Jennings.  *Assault and Battery.*
Dec. 1822.

The People     RICHARD JENNINGS was charged with committing a
*vs.*     violent assault and battery upon William Manning, a mu-
Rich'd Jen'gs. latto man, on the 18th day of September, 1822.

The jury   It appeared by the testimony of the prosecutor, that he
are the proper
judges, from was an Oysterman, and had moved his stand, during the
all the circum-
stances and fever, to the ——————— wharf. He had placed his
facts before stand upon the foot of the walk, where he was engaged
them whether
an assault and opening oysters, when Jennings came up, and after accost-
battery had ing him in a peremptory manner to remove his oyster
been commit-
ted or not.   shells, took a large undressed hogshead stave, and struck
him over the breast and shoulders, and knocked him to
the ground, and went away, and left him senseless.

He was attended to by the by-standers, who carried him
into a house near by, and called in Dr. Baker, who upon
examination, found that his collar bone was badly frac-
tured, and that it was still uncertain, at the time of trial
whether he could ever recover the use of his arm.

*Bogardus* and ———— counsel for Jennings, called a
great number of witnesses, and proved that he was a
peaceable and quiet man; that he was employed to see
proper regulations observed about the wharf, &c. : and
that the prosecutor was the aggressor, by placing his
stand where he did. They proved by Captain Tompkins,
who it appeared was present, that the prosecutor behaved
in a saucy impertinent manner ; swearing and threatening
to injure Jennings : that he came up to him with both his
fists doubled, in an attitude of attack : that Jennings re-
treated, and endeavored to avoid him, until he had nearly
approached the extremity of the wharf, when he struck
Manning over the breast and head, and not over the arm :
that he fell down, and received the injury in falling, and
not by the blow.

The counsel for the defendant offered to leave the case to the jury, under the charge of the Court, *Maxwell, District Attorney,* consented, and the Court charged the jury, that if, in their opinion, more force was used than the occasion required, more than was necessary to defend himself from the expected attack of the prosecutor, he was guilty of the assault and battery : or if, in their opinion, the weapon used was not a proper one for the occasion, and under the circumstances of the case, they ought to find him guilty.

*Bogardus* rose, and requested the Court to charge the jury that if the weapon was not a lawful one, yet if Mr. Jennings had it in his hands by accident, or for some lawful purpose, as he alleged he had, he might lawfully use it to protect himself, and cited the case of the reaper, who was at work at his harvest, when a neighbor came to him from an adjoining field, and a quarrel ensued and he struck him with the scythe he had in his hand, and killed him : it was held not to be murder.

The Court admitted the law to be so, but left it to the jury to say whether it applied to the present case, observing they were the proper judges from all the facts and circumstances in evidence before them, whether they amounted to an assault and battery or not.

The jury retired, and in half an hour returned with a verdict—not guilty.